## LOVELESS & SON V. JEFFERSON FERTILIZER CO.

(Decided June 11, 1912.)

APPEAL from Hale Law and Equity Court.
Heard before Hon. CHARLES E. WALLER.
No counsel marked for either party.
Per curiam.    Affirmed on certificate.

## McENTYRE V. REYNOLDS.

(Decided June 6, 1912.)

APPEAL from Dale Circuit Court.
Heard before Hon. M. SOLLIE.
No counsel marked for either party.
Per curiam.    Affirmed on certificate.

## McLELLAN V. THE STATE.

(Decided June 19, 1912.)

APPEAL from Henry Circuit Court.
Heard before Hon. M. SOLLIE.
W. L. LEE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.
PELHAM, J.—Affirmed on authority of *Isaiah v. The State*, 58 South. 53.

## ORR V. THE STATE.

(Decided May 28, 1912.)

APPEAL from Morgan Law and Equity Court.
Heard before Hon. THOMAS W. WERT.
No counsel marked for appellant, R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.
WALKER, P. J.—Corrected and affirmed.